# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ANGELICA MENDOZA, individually, and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br>  v.<br><br>NEC NETWORKS, LLC d/b/a CAPTURERX, RITE AID CORPORATION, COMMUNITY HEALTH CENTERS OF THE CENTRAL COAST, INC.,<br><br>               Defendants. | Case No. 3:21-cv-06146-JD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER THE CASE TO WESTERN DISTRICT OF TEXAS PURSUANT TO 28 USC § 1404**<br><br>Complaint Filed: August 10, 2021<br>Trial Date: TBD |

# [PROPOSED] ORDER

Based on the Joint Stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the case is transferred pursuant 28 USC § 1404 to the United States District Court in the Western District of Texas.

DATED: December 13, 2021

_____
Hon. James Donato

# CERTIFICATE OF SERVICE

The undersigned certifies that the **[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER THE CASE TO WESTERN DISTRICT OF TEXAS PURSUANT TO 28 USC § 1404** was filed electronically with the Clerk of the Court via the CM/ECF system which effectuates service to all parties registered and designated for the CM/ECF system in this action. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Executed on December 13, 2021, at Hermosa Beach, California.

   */s/ Johnny L. Antwiler*
   Johnny L. Antwiler

1
CERTIFICATE OF SERVICE